UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOM TOUZIN,

        Plaintiff,

                    CASE NO. : 6:08-CV-1550-Orl-18-KRS

v.

COLLECTCORP CORPORATION,

        Defendant.

_____/

## NOTICE OF SETTLEMENT

COMES NOW Defendant, COLLECTCORP CORPORATION, by and through its undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the parties and that they anticipate the filing of a Joint Dismissal With Prejudice of the said claims in the above-captioned suit.

Respectfully submitted this 29th day of October, 2008.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been electronically filed on the **October 29, 2008**, with the United States District Court, Middle District of Florida by using CM/ECF system, which Notice will be electronically mailed to: **Alex D. Weisberg, Esquire**, c/o Weisberg & Meyers, LLC, 9369 Sheridan Street, Suite 656, Cooper City, Florida 33024.

                    **/s/ Ernest H. Kohlmyer, III**_____
                    Ernest H. Kohlmyer, III, Esquire
                    Florida Bar No. 0110108
                    BELL, ROPER & KOHLMYER, P.A.
                    2707 East Jefferson Street
                    Orlando, Florida   32803
                    (407) 897-5150
                    (407) 897-3332 (fax)
                    Skohlmyer@bellroperlaw.com
                      Attorneys for Defendant