UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TOM TOUZIN,

           Plaintiff,

-vs-                                 Case No. 6:08-cv-1550-Orl-18KRS

COLLECTCORP CORPORATION,

           Defendant.

## ORDER

The Court has been advised by the parties in the above-styled action that this case has been settled. Accordingly, pursuant to Rule 3.08(b) of the Local Rules of the Middle District of Florida, it is

**ORDERED** that this cause is **DISMISSED** subject to the right of any party to re-open the action within sixty (60) days upon good cause shown, or to submit a stipulated form of final order or judgment.

**DONE** and **ORDERED** in Orlando, Florida, this ___7___ day of November, 2008.

                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record